# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BAUGHMAN,<br><br>    Petitioner,<br><br>    v.<br><br>AMY MILLER, Warden,<br><br>    Respondent. | Case No. SACV 13-0310-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected.

Petitioner argues that the Magistrate Judge failed to address his argument in Ground Three that trial counsel was ineffective for failing to object to amendment of the Information to delete references to Marco Perez, charges against whom were dismissed. (Objection at 7.) It is not ineffective to fail to make a futile objection. <u>James v. Borg</u>, 24 F.3d 20, 27 (9th Cir. 1994). Moreover, during his closing statement trial counsel referred to the amendment and made the argument that Petitioner faults him for not making, but the trial court sustained the prosecutor's objection. (3 Reporter's Transcript 434.) Accordingly,

1 | Petitioner's objection is without merit.  The Court finds that the remainder of Petitioner's
2 | objections are also without merit and do not warrant further discussion.
3 |     The Court accepts the findings and recommendations of the Magistrate Judge.
4 |     IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2)
5 | Judgment shall be entered dismissing the action with prejudice.

DATED: 7/24/16

GEORGE H. WU
UNITED STATES DISTRICT JUDGE