# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BAUGHMAN, | Case No. SACV 13-0310-GW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| AMY MILLER, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 7/24/16

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE